)                                    )

**FILED**

# The United States District Court
## for the Middle District of Florida
## Ocala Division

2002 OCT 25  PM 3: 14

CLERK, U.S DISTRICT COURT
OCALA, FLORIDA

| | |
|---|---|
| Eddie Ray speaking for his business American Rights Litigators | } } } } } } } } } } } } } } |

Eddie Ray speaking for his business
American Rights Litigators

v.

Robert E. Lowder; and Bob Wenzel,
the agents of International Monetary
Fund Internal Revenue Service

**Counterclaim**

**- in admiralty -**

5:02-CV-316-Oe-10GRJ

Re: God-given unalienable rights in the original estate

Comes now Eddie Ray of the Kahn family making a special visitation to the district court - "restricted appearance" Rule E(8) and protecting his God-given unalienable right to an honest living through business American Rights Litigators by making counterclaim against actions by Robert E. Lowder, the agent for International Monetary Fund Internal Revenue Service under the color of law - such actions based in a false claim.

**Jurisdiction**: In international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim.  The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C(3)) such as trust organizations (Eddie R. Kahn, American Rights Litigators.  EDDIE RAY KAHN, International Monetary Fund Internal Revenue Service, Paul O'Neill, Robert Wenzel etc.)

"...the United States, ... within their respective districts, as well as upon the high seas;
(a) saving to suitors, in all cases, the right of a common law remedy, where the common
law is competent to give it; and shall also have exclusive original cognizance of all
seizures on land,..." *The First Judiciary Act*; September 24, 1789; Chapter 20, page 77.
*The Constitution of the United States of America*, Revised and Annotated - Analysis and
Interpretation - 1982; Article III, §2, Cl. 1 *Diversity of Citizenship,* U.S. Government
Printing Office document 99-16, p. 741.

This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity: "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." *Select Pleas in the Court of Admiralty*, Volume II, A.D. 1547-1602; Introduction - Prohibitions*, Note as to the early Law of Wreck*, Selden Society, p. xl, 1897. Even the IMFIRS recognizes the protocol:

)                                    )

**"Place for filing notice; form**. Place for filing.  The notice referred to in subsection (a) shall be filed -- with the clerk of the district court.  In the office of the clerk of the United States district court for the judicial district in which the property subject to the lien is situated..." Title 26 U.S.C. §6323.

*International* Monetary Fund Internal Revenue Service, is agent of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603 in convention with METRO organization a.k.a. *Public Administrative Services Headquarters* (PASHQ).   The *Internal Revenue Service* of course being the execution of bankruptcy proceedings against the citizens of the United States since 1933, in current form "International Monetary Fund" and "World Bank" etc.

The district court for the District of Florida has acquired exclusive original cognizance of this counterclaim for the United States because this is a federal question - a Constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661, 662 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The actions and presentments are arbitrary and capricious and clearly implying that if Eddie Ray fails to comply with the presentment terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed on August 4, 1790 - Chapter 34, Judiciary Act - for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333. To further clarify the nature of this counterclaim, quoting from Title 26 U.S.C. §6323, "Such notice [from the Secretary] shall be valid notwithstanding any other provision of law..." The Secretary's discretionary authority, in light of judicial review, is taken to be a false claim upon which the International Monetary Fund Internal Revenue Service intends to act to inhibit the God-given unalienable rights of the petitioner. Article III judicial review is the superseding law, the "...provision of law..."

"*Form*.  The form and content of the notice referred to in subsection (a) shall be prescribed by the Secretary. Such notice **shall be valid notwithstanding any other provision of law** regarding the form or content of a notice of lien." Title 26 U.S.C. §6323(F)(3). *emphasis added*

The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

)                                   )

79  **Law of the flag**: Man is created in the image of God and to reduce a man to chattel against the

80  national debt is an affront to God. Exodus 13:16 and Genesis 1:27.

81

82                              **Cause of action**

83      Robert E. Lowder, and Bob Wensel agents of International Monetary Fund Internal

84  Revenue Service, acting as agents for the bankrupt United States and bankrupt State of Florida

85  by governor's convention (March 6, 1933) have pressed liens, levies, and a Summons upon

86  petitioner Eddie Ray through his livelihood vehicle named American Rights Litigators - a

87  presentment of form "Notice of Levy" and a third party Summons for credit card information

88  (MasterCard International).  The notice of Levy freezes funds in the amount of $177,818.53 for

89  conveyance through theft to the defendant, and the third party Summons implies that

90  MasterCard International must turn over confidential information to the defendant.   The

91  presentments are regular enough but notice is valid notwithstanding any other provision of law

92  and such provision is invoked herein this counterclaim via Article III of the Constitution, a federal

93  question of diversity.  In light of Eddie Ray's God-given rights to do honest business through

94  American Rights Litigators, the presentments are inappropriate and are refused for cause timely

95  with the copy [1] of the notice of levy marked in red ink and the original third party summons,

96  included in the counterclaim copy served with the summonses upon the defendant agents of

97  International Monetary Fund Internal Revenue Service.  A copy of the counterclaim after filing

98  has been sent to MasterCard International.  Eddie Ray chooses immediate invocation of Article

99  III judicial review in the original exclusive cognizance of the United States through the district

100  court. The attached certificate of search on "Eddie Ray" is proof that International Monetary

101  Fund Internal Revenue Service (or principal the United Nations) has never filed a claim in the

102  appropriate district court on Eddie Ray.

103

104                          **Stipulation of acceptable answer**

105      The issue is simple.  Agents of a foreign principal are required to file their complaint in the

106  appropriate district court prior to exercising any claim against a man on the land. This is

107  international and common law enforced by Congress by powers granted at Article I, §8, clause

108  10 of the Constitution.  International Monetary Fund Internal Revenue Service must directly

109  address the validity of the certificate of search attached that clearly shows there have been no

110  claims filed against "Eddie Ray".  The United States is not a party in interest to this action. Any

---

[1] The original presentment was stamped in red ink (NON-NEGOTIABLE CHARGEBACK) and returned to the presenter.

111  registered attorney responding for International Monetary Fund Internal Revenue Service cannot
112  be a citizen of the United States due to the *de jure* Thirteenth Amendment of the Constitution. A
113  certified copy is attached and fully incorporated into this counterclaim.  (The federal judge
114  assigned this case is competent to adjudicate under Article III due to "inactive" status with the
115  Supreme Court attorney register). Addressing the certificate of search is the only response that
116  will be considered an answer to this counterclaim.  Failure to answer will be met with default
117  judgment for Eddie Ray according to the notice on the face of the summons.
118
119                          **Stipulation of remedy**
120          The recourse sought is the full release of the $64,870.21 for use to Eddie Ray and his
121  business American Rights Litigators. Otherwise this case is repository for evidence for injunctive
122  relief from any future presentments from *any* foreign agents or principals.  This injunctive relief
123  includes, but is not limited, to MasterCard International being discreet regarding confidential files
124  ect. There is no excuse for the arbitrary and capricious attorney actions - **debt action in**
125  **assumpsit** - that have confronted good men and women since the Banker's Holiday.  Roosevelt
126  implemented a "voluntary compliance" national debt (upon the States by Governor's
127  Convention;  "...And, therefore, if we can persuade people all through the country, when their
128  salary checks come in, to deposit them in new accounts...") but utilized the 1917 *Trading with*
129  *the Enemy Act* to compel citizens of the United States to comply. The substitution of *citizen of*
130  *the United States* for the German nationals on this land was against *Stoehr v. Wallace*, 255 U.S.
131  239 (1921) where the Court clearly expresses "The Trading with the Enemy Act, originally and
132  as amended, is strictly a war measure..." - directly citing the Constitution Article I, §8, clause 11.
133  The war on the Great Depression 1) does not count and 2) would only last the duration of the
134  emergency if it did. Presentments will be treated as described by the following example of clerk
135  instruction:
136
137
138
139
140
141
142
143

)                                    )

**Eddie Ray**
**25525 State Road 46 - Suite 1**
**Mount Plymouth, Florida.**
**[32776]**

United States District Court
for the Middle District of Florida
80 North Hughey Avenue - Suite 300
Orlando, Florida.
[32801]

Dear clerk;

Please file this refusal for cause in the case jacket of Article III case 02-XX-XXXX. This is evidence if this presenter claims I have obligations to perform or makes false claims against me in the future. A copy of this instruction has been sent with the original refusal for cause back to the presenter in a timely fashion.

**Certificate of Mailing**

My signature below expresses that I have mailed three copies of the presentment, refused for cause with the original and two copies of this clerk instruction to the district court and the original presentment, refused for cause and a copy of this clerk instruction has been mailed (all postage pre-paid) back to the presenter within a few days of presentment.

_____*example*_____
Eddie Ray of the Kahn family

There is no governmental immunity to cover "law enforcement officers" who choose to interfere with our rights to land and property and violators will be arrested by the U.S. Marshal according to Rule C(3)(a)(ii)(B) of the *Supplemental Rules for Certain Admiralty and Maritime Claims*. International Monetary Fund Internal Revenue Service and all principals and agents are left with their remedy:

**COURTS OF THE UNITED STATES** ... 136.  When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure.  10 Wheat. 325; 1 Mason, 361. *First Judiciary Act*, September 24, 1789. *Bouvier's Law Dictionary* 1856.

Upon offense by hostile presentment after the inevitable default by International Monetary Fund Internal Revenue Service (including all agents, principals and any and all offensive presentments), after fair notice by refusal for cause like the above clerk instruction a certificate of exigent circumstances will be issued pursuant to Rule C(3)(a)(ii)(B) *Arrest Warrant* and the clerk will immediately issue an arrest warrant for International Monetary Fund Internal Revenue

189   Service or named agent or principal - Paul O'Neill or named District Director) to be taken into

190   custody for the violations of law.  <u>Presentments of any kind from the International Monetary</u>

191   <u>Fund Internal Revenue Service or any agent acting for the bankruptcy of the United States</u>

192   <u>through the District may be considered hostile threat of seizure!</u>

193

194                 **Stipulation regarding character and residential address**

195        The use of a residential address is by right.  All 'privileges' associated with postal delivery

196   are compensated, usually prepaid in honestly won U.S. currency.  Eddie Ray is not Pro Se and

197   is not representing himself.  The clerk shall not change the name of this suit on the docket from

198   the name on the filing fee receipt.  Eddie Ray retains the unalienable right to hold the district

199   court clerk, SHERYL L. LOESCH, responsible for to discharging and performing the duties and

200   obligations of the office of file clerk for the United States working in the United States

201   Courthouse. This includes the expectation that if and when this cause reaches default judgment

202   against the International Monetary Fund Internal Revenue Service, the default judgment will be

203   filed in full cognizance of the United States and will appear on the docket as "Default judgment

204   for the plaintiff."  There is likely no form of terrorism more insidious and pernicious than to abuse

205   office to obfuscate remedy.  Interference by attorney action is driving good people from peaceful

206   remedy and recourse.  To act as attorney by either the judge or the clerk is wrongdoing to the

207   rule of law which built this nation.  Eddie Ray is authorized by fidelity bond to file default

208   judgment in lieu of district court action.  Any such judgment will stand on the truth for validity.

209   Any character assassination will activate Instrumentality Rule and pierce the corporate veil of

210   the United States and all agencies.  Usage of residential address is non-assumpsit and changes

211   Eddie Ray's character not in the least:

212        The privilege against self-incrimination is neither accorded to the passive resistant,
213       nor the person who is ignorant of his rights, nor to one indifferent thereto. It is a fighting
214       clause. Its benefits can be retained only by sustained combat. **It cannot be claimed by**
215       **attorney or solicitor.** It is valid only when insisted upon by a belligerent claimant in
216       person. Quote from federal judge Lee in *United States v. Johnson et al.* No. 11400,
217       Middle District of Pennsylvania, 76 R. Supp. 538; 1947 U.S. Dist. LEXIS 3057, February
218       26, 1947. *emphasis added*

219

220   The highlighted bold sentence in the above quote admonishes against any clerk action that

221   falsely brands Eddie Ray Pro Se - to imply that Eddie Ray is representing himself before the

222   district court. American Rights Litigators is the name of Eddie Ray's business. Eddie Ray is

223   responsible asylum state visiting his judiciary under Rule E(8). If the judge chooses to protect

224   the fiduciary interests of the Bank and Fund, to act as an attorney under Article I, maintain

)                                                          )

# Addresses

253

254

255  United States District Court                    (352) 369-4860
256  for the Middle District of Florida
257  Ocala Division
258  207 NW Second Street
259  Ocala, Florida.
260                    [34475]
261
262  Eddie Ray                                        (352) 383-9100
263  25525 State Road 46 - Suite 1
264  Mount Plymouth, Florida.
265                    [32776]
266
267  Robert E. Lowder                                 (800) 533-8583
268  President, The Colonial BancGroup, Inc.
269  President, Colonial Bank
270  c/o William McCrary
271  General Counsel
272  Colonial Financial Center, 5th
273  1 Commerce Center
274  Montgomery, Alabama
275                    [36104]
276
277  International Monetary Fund Internal Revenue Service   (800) 829-1040
278  Acting Commissioner Bob Wenzel
279  1111 Constitution Avenue NorthWest
280  city of Washington, District of Columbia
281                    [20224]
282
283  courtesy copy to:
284
285  MasterCard International
286  801 Brickell Avenue, Suite 1300
287  Miami, FL 33131-4945

)                                    )

## Notice of lis pendens



Be it known to the world that Eddie Ray of the Kahn family is the owner and proprietor of the funds on deposit at Colonial Bank, Account Numbers: 8022325495 and 8022325446. Eddie Ray has filed a counterclaim in the United States District Court, Middle District of Florida, Ocala Division, based the Declaration of Independence, Constitution for the United States of America, and the First Judiciary Act to protect his property rights against recent false claims to this estate. The counterclaim was filed on 25th day of October 2002. The defendants, MasterCard International, any other interested parties shall not convey or disclose any funds or confidential information relating to "EDDIE KAHN - SSN: 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". Public notice is now given regarding the foregoing cause of action.

STATE OF FLORIDA COUNTY OF LAKE
I HEREBY CERTIFY that the above and foregoing is a true copy of the original filed in this office.
JAMES C. WATKINS, Clerk Circuit Court
By_____Deputy Clerk
Dated 10/25/02

Eddie Ray
25525 State Road 46 - Suite 1
Mount Plymouth, Florida. [32776]

Signed, sealed and executed before me this 25th day of October, 2002 by Eddie Ray who is personally known to me.



Charis True
Notary Public

Charis M. True
Commission # DD 040967
Expires July 10, 2006
Bonded Thru
Atlantic Bonding Co., Inc.

CFN   2002114431
Bk 02196 Pg 0986; (1pg)
DATE: 10/25/2002  11:42:36 AM
JAMES C. WATKINS, CLERK OF COURT
LAKE COUNTY
RECORDING FEES 5.00
TRUST FUND 1.00

R- Eddie Kahn

i

silence. All testimony will be without immunity - **piercing the corporate veil and Instrumentality Rule**. Eddie Ray is a man with God-given unalienable rights, one living and regenerate entity of sound mind and body.

**No magistrates**

No one may handle this case but an Article III judge. The nature of this cause is injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A) cannot ensue, "...except a motion for injunctive relief..."

attachments fully incorporated:

1) Certificate of search on "Eddie Ray" from the clerk of the district court and/or the formal written request for the same

2) Presentment Notice of Levy and Third Party Summons refused for cause. The red ink original refusal is in the counterclaim served upon International Monetary Fund Internal Revenue Service through agent, Bob Wenzl. The original counterclaim filed in the district court has a copy.

3) Certified copy of the *de jure* Thirteenth Amendment to the Constitution


Eddie Ray
25525 State Road 46 - Su
Mount Plymouth, Florida. [32776]

)                                    )

ATTACHMENT #1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### JACKSONVILLE AND OCALA DIVISION

## CERTIFICATE OF SEARCH

At the request of _____ Eddie Ray _____ I have surveyed the party and case indices of the Jacksonville and Ocala Divisions of the United States District Court and have found the following information with respect to the individual/corporation listed below:

NAME OF PARTY: _____ Eddie Ray _____

(a)     Certification of Negative Search Results:

  X     Not listed as a named party in any pending civil action.
  X     Not listed as a named party in any closed civil action.
  X     Not listed as a named party in any pending bankruptcy appeals.
  X     Not listed as a named party in any pending criminal action.
  X     Not listed as a named party in any closed criminal action.

(b)     Certification of Positive Search Results:

_____   Listed as a named party in the following pending civil action(s):

        _____        _____
        _____        _____
        _____        _____
        _____        _____
        _____        _____
        _____        _____
        _____        _____

_____   Listed as a named party in the following closed civil action(s):

        _____        _____
        _____        _____
        _____        _____
        _____        _____
        _____        _____

_____   Listed as a named party in the following pending bankruptcy appeal(s):

        _____        _____
        _____        _____
        _____        _____
        _____        _____

**CONTINUED ON REVERSE SIDE**

## SIDE TWO

(b)      Certification of Positive Search Results (Cont.):

_____         Listed as a named party in the following pending criminal action(s):

_____         Listed as a named party in the following closed criminal action(s):

(c)      Other Certification:

**CERTIFIED** this __18th__ day of ___October___ 2002

SHERYL L. LOESCH, CLERK

By: _____

Deputy

Form 668-A(c) (DO)
(Rev. Sept. 1997)

Department of the Treasury — Internal Revenue Service
**Notice of Levy**

DATE: 06/20/2002   DISTRICT: Area 5

TELEPHONE NUMBER *ATTACHMENT #2*
OF IRS OFFICE:   (407)660-5836x164

REPLY TO:
INTERNAL REVENUE SERVICE
K. COLT
850 TRAFALGAR COURT - SUITE 200
ATTN: GROUP 3300 · STOP 5333
MAITLAND, FL 32751-4168

*Red ink original Refused For Cause Returned to Presenter in counterclaim*

NAME AND ADDRESS OF TAXPAYER:
AMERICAN RIGHTS LITIGATORS
AS NOMINEE/ALTER EGO OF EDDIE KAHN
25525 SR 46 SUITE 1
MT PLYMOUTH, FL 32776

TO: COLONIAL BANK
919 W STATE ROAD 436
ALTAMONTE SPRINGS, FL 32714

KAHN   IDENTIFYING NUMBER(S):   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
59-7079166

*REFUSED FOR CAUSE*

THIS ISN'T A BILL FOR TAXES YOU OWE. THIS IS NOTICE OF LEVY WE ARE USING TO COLLECT MONEY OWED BY THE TAXPAYER NAMED ABOVE.

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1986 | 1284.60 | 1695.65 | 2980.25 |
| 1040 | 12/31/1987 | 15660.04 | 20763.79 | 36423.83 |
| 1040 | 12/31/1988 | 7487.99 | 9757.48 | 17245.47 |
| 1040 | 12/31/1990 | 14795.83 | 16914.66 | 31710.49 |
| 1040 | 12/31/1991 | 1015.43 | 1168.26 | 2183.69 |
| 1040 | 12/31/1992 | 17873.57 | 12356.67 | 30230.24 |
| 1040 | 12/31/1993 | 17128.39 | 12015.89 | 29144.28 |
| 1040 | 12/31/1994 | 16283.54 | 11616.74 | 27900.28 |

Approved By: _TdNevo, TM_
Date: 6-20-02

This levy is expressly limited to Colonial Bank accounts numbered 8022325495 and 8022325446

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➤

Total Amount Due ▶  177818.53

We figured the interest and late payment penalty to _____ 07-20-2002

The Internal Revenue Code provides that there is a lien for the amount that is owed. Although we have given the notice and demand required by the Code, the amount owed hasn't been paid. This levy requires you to turn over to us this person's property and rights to property (such as money, credits, and bank deposits) that you have or which you are already obligated to pay this person. However, don't send us more than the "Total Amount Due."

**Money in banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code must be held for 21 calendar days from the day you receive this levy before you send us the money. Include any interest the person earns during the 21 days. Turn over any other money, property, credits, etc. that you have or are already obligated to pay the taxpayer, when you would have paid it if this person asked for payment.**

Make a reasonable effort to identify all property and rights to property belonging to this person. At a minimum, search your records using the taxpayer's name, address, and identifying numbers(s) shown on this form. Don't offset money this person owes you without contacting us at the telephone number shown above for instructions. You may not subtract a processing fee from the amount you send us.

To respond to this levy:
1. Make your check or money order payable to Internal Revenue Service.
2. Write the taxpayer's name, identifying number(s), kind of tax and tax period shown on this form, and "LEVY PROCEEDS" on your check or money order (not on a detachable stub.).
3. Complete the back of Part 3 of this form and mail it to us with your payment in the enclosed envelope.
4. Keep Part 1 of this form for your records and give the taxpayer Part 2 within 2 days.
If you don't owe any money to the taxpayer, please complete the back of Part 3, and mail that part back to us in the enclosed envelope.

Signature of Service Representative   K. Colt   Title   REVENUE OFFICER



# Summons

*ATTACHMENT #2*

In the matter of Eddie Kahn   SSN: 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

Internal Revenue Service (Division): Small Business/Self Employed Division

Industry/Area (name or number): Area 5

Periods: Years ending December 31, 1999, December 31, 2000 and December 31, 2001

### The Commissioner of Internal Revenue

**To:** MasterCard International

**At:** 801 Brickell Avenue, Suite 1300, Miami, FL 33131-494

You are hereby summoned and required to appear before _____, an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All documents related to charges and purchases during the period January 1, 1999, through the date of compliance with this summons, including computer records of transactions processed through MCI's Authorizations System and MCI's Clearing System, for the following credit card[s]: 5482-8212-1521-8013

To the extent the transaction data is stored on computer media, please provide a copy of the database with respect to the specified cards according to the following criteria:

1. For each card, please provide the data in a "flat file" machine-sensible format, meaning a fixed length, sequential extract file capable
of being electronically retrieved, manipulated and processed by a computer.
2. For each card, please provide separate files for the Authorization System and the Clearing System.
3. Please produce a single extract record of each Authorization and/or Clearing record processed in connection with each credit card.
4. Please include any and all data or information that is contained within any field on the MCI record (i.e. where there is data in a field, the data should be copied exactly as it appears in the original record; where there is no data in a field, the extract record field should contain blanks).
5. The files should be provided in EBCDIC text format on CD, 3 1/2" diskette, or standard labeled magnetic tape cartridge (3840, 3490, or 3490E) together with a record count for each file.

*REFUSED FOR CAUSE*

*RED INK ORIGINALS REFUSED FOR CAUSE RETURNED TO PRESENTER IN Counter-Claim*

**Business address and telephone number of IRS officer before whom you are to appear:**

850 Trafalgar Court, Suite 200, Maitland, FL 32751  Phone: (407)660-5817 ext. 207

**Place and time for appearance at** 850 Trafalgar Court, Suite 200, Maitland, FL 32751

# IRS

on the __4th__ day of __November__ __2002__ at __10:00__ o'clock __a__ m.
*(year)*

Issued under authority of the Internal Revenue Code this __9th__ day of __October__, __2002__
*(year)*

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Signature of issuing officer

Territory Manager
Title

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

Signature of approving officer *(if applicable)*

Title

**Part C —** to be given to noticee

To: Eddie Kahn

Address: 32504 Wekiva Pines Blvd., Sorrento, FL 32776-9387

OCT 0 9 2002

Enclosed is a copy of a summons served by the IRS to examine records made or kept by, or to request testimony from, the person summoned. If you object to the summons, you are permitted to file a lawsuit in the United States district court in the form of a petition to quash the summons in order to contest the merits of the summons.

## General Directions

1. You must file your petition to quash in the United States district court for the district where the person summoned resides or is found.

2. You must file your petition within 20 days from the date of this notice and pay a filing fee as may be required by the clerk of the court.

3. You must comply with the Federal Rules of Civil Procedure and local rules of the United States district court.

## Instructions for Preparing Petition to Quash

1. Entitle your petition "Petition to Quash Summons".

2. Name the person or entity to whom this notice is directed as the petitioner.

3. Name the United States as the respondent.

4. State the basis for the court's jurisdiction, as required by Federal Rule of Civil Procedure. See Internal Revenue Code Section 7609(h).

5. State the name and address of the person or entity to whom this notice is directed and state that the records or testimony sought by the summons relate to that person or entity.

6. Identify and attach a copy of the summons.

7. State in detail every legal argument supporting the relief requested in your petition. See Federal Rules of Civil Procedure. Note that in some courts you may be required to support your request for relief by a sworn declaration or affidavit supporting any issue you wish to contest.

8. Your petition must be signed as required by Federal Rule of Civil Procedure 11.

9. Your petition must be served upon the appropriate parties, including the United States, as required by Federal Rule of Civil Procedure 4.

10. At the same time you file your petition with the court, you must mail a copy of your petition by certified or registered mail to the person summoned and to the IRS. Mail the copy for the IRS to the officer whose name and address are shown on the face of this summons. See 7609(b)(2)(B).

The court will decide whether the person summoned should be required to comply with the summons request. Your filing of a petition to quash may suspend the running of the statute of limitations for civil liability or for criminal prosecution for offenses under the tax laws for the tax periods to which the summons relates. Such suspension would be in effect while any proceeding (or appeal) with respect to the summons is pending.

The relevant provisions of the Internal Revenue Code are enclosed with this notice. If you have any questions, please contact the Internal Revenue Service officer before whom the person summoned is to appear. The officer's name and telephone number are shown on the summons.



Department of the Treasury
Internal Revenue Service

www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

**Part D** — to be given to noticee

AMENDMENT #3



TERRITORY
1861

STATE
1876

DEPARTMENT OF PERSONNEL

COLORADO INFORMATION
TECHNOLOGY SERVICES

# STATE ARCHIVES
## AND
# PUBLIC RECORDS

*I Hereby certify that the annexed copy (or each of the annexed copies) is a true copy of a record in the legal custody of the State Archivist of Colorado, and is filed among the records of*

THE LEGISLATIVE ASSEMBLY, TERRITORY OF COLORADO
deposited therein

GENERAL LAWS, JOINT RESOLUTION, MEMORIALS, AND PRIVATE ACTS PASSED AT THE SIXTH SESSION
CONVENED AT GOLDEN CITY, ON THE THIRD DAY OF DECEMBER, 1866, TOGETHER WITH THE DECLARATION
OF INDEPENDENCE, THE CONSTITUTION OF THE UNITED STATES AND THE ORGANIC ACT OF THE TERRITORY
WITH THE AMENDMENTS THERETO.
PRINTED 1867.

EXCERPT:
AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES, ARTICLES XIII AND XIV.
COVER PAGE AND PAGE 28.
TOTAL 2 PAGES.

TERRY KETELSEN
STATE ARCHIVIST OF COLORADO

January 16, 2002

DATE



# GENERAL LAWS,

## JOINT RESOLUTIONS, MEMORIALS, AND PRIVATE ACTS,

PASSED AT THE

### SIXTH SESSION

OF THE

# LEGISLATIVE ASSEMBLY

OF THE

## TERRITORY OF COLORADO.

CONVENED AT GOLDEN CITY ON THE THIRD DAY OF DECEMBER, 1866.

TOGETHER WITH THE DECLARATION OF INDEPENDENCE, THE
CONSTITUTION OF THE UNITED STATES,

AND THE

## ORGANIC ACT OF THE TERRITORY,

WITH AN INDEX APPENDED.

PUBLISHED BY AUTHORITY.

### CENTRAL CITY:

DAVID C. COLLIER, PRINTER, MINERS' REGISTER OFFICE.

1867.