) )

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

'3 MAR 31 AM 11: 48

CLERK US ...
OCALA FL...

EDDIE RAY

        Plaintiff,

v.                                      Case No.: 5:02-cv-316-Oc-10GRJ

ROBERT E. LOWDER; and BOB WENZEL,
The agents of International Monetary Fund
Internal Revenue Service,

        Defendants.

___

## ASSEVERATION IN SUPPORT OF EVIDENCE REPOSITORY

EDDIE RAY hereby presents asseverations by Ronald Richard and Brian Allen (Exhibit A) in support of the existence of the common law right to evidence repositories as protected by James R. Manspeaker, Clerk of Court, Denver, Colorado.

_____        _____
3-27-03                                     Eddie Ray: of the Kahn Family
Date                                        32504 Wekiva Pine Blvd.
                                            Sorrento, Florida 32776
                                            (352) 383-9100



)              )

Asseveration                     Exhibit ___A___

5   To whom it may concern;

On March 3, 2003 we, Ronald Richard and Brian Allen drove to Denver to the United States Courthouse to check on the responsible execution of custodial duties by

10  James R. Manspeaker. We found our files intact and containing all the contents we expected to find. We were treated courteously and left the courthouse feeling that our case jackets, both the admiralty (civil) suits and miscellaneous repositories for evidence we had opened up primarily for United States' cognizance of refusals for cause, were intact and easily retrievable. Our responsible district court clerk, James R. Manspeaker, is

15  continuously protecting our common law rights through our evidence repositories in Denver, Colorado.

_____
Ronald Richard

20

Robert C. Balink  El Paso Cty,CO   203054395
03/14/2003       02:00
Doc    $0.00    Page
Rec    $5.00    1 of  1

_____
Brian Allen

Subscribed to before me this 14
day of the 3rd month in the year
year 2003. Witness my hand
and official seal.

_____
Notary Public
My commission expires: 7-23-2006

This is a true and exact copy of the original.   Amie M. Bennett

Amie M. Bennett
Commission # CC 876493
Expires Oct. 4, 2003
Bonded Thru