

**United States District Court
For the District of Florida
Ocala Division**

In re: the matter of:

Eddie Ray

vs.

Robert E. Lowder,
Bob Wenzel,
Defendants

Case Number: 5:02-cv-316-Oc-10GRJ

### Notice of Filing Refusal of Order

    Coming now is Eddie Ray who gives notice of filing this Refusal For Cause of the attached Order. Please take notice that the attached order is refused for cause. Please file this refusal for cause in the case jacket of Article III case 5:02-CV-316-Oc-10 (no magistrate). This is evidence in the event that this presenter claims I have obligations to perform or makes false claims against myself in the future. A copy of this instrument, along with the original refusal for cause, have been returned to the presenter in a timely fashion.

### Certificate of Mailing

    My signature below expresses that I have mailed the original presentment and two copies of this clerk instruction to the district court refused for cause. A copy of this clerk instruction has been mailed (all postage prepaid) back to the presenter within a few days of presentment.

_____
Eddie Ray of the Kahn Family

19

FILED

2003 APR -1 PM 5:07

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDDIE RAY speaking for his business
AMERICAN RIGHTS LITIGATORS,

    Plaintiff,

v.                        Case No. 5:02-cv-316-Oc-10GRJ

ROBERT E. LOWDER; and BOB
WENZEL, the agents of International
Monetary Fund Internal Revenue
Service,

    Defendants.
_____

**ORDER**

Pending before the Court on an Order of Reference (Doc. 14) are: (1) Lowder's Motion To Quash And To Enjoin Ray From Filing And Recording Further False Pleadings Against Lowder And/Or Colonial Bank, Its Employees, Subsidiaries Or Affiliates And Supporting Memorandum of Law (Doc. 11), and (2) Supplement To Lowder's Motion To Quash And To Enjoin Ray From Filing And Recording Further False Pleadings Against Lowder And/Or Colonial Bank Its Employees, Subsidiaries Or Affiliates. (Doc. 12.) Plaintiff has not filed a response to the motion or the supplement. The Court has reviewed the motion, supplement and the attachments thereto and determines that oral argument is necessary to resolve the issues raised in the above listed motion and supplement. Accordingly, a hearing is set for **April 21, 2003 at 2:00 p.m.** at the United States Courthouse, 207 NW

*[handwritten across page: "ALL BENEFIT OF DISCUSSION REFUSED FOR CAUSE"]*

Second Street, Third Floor Courtroom, Ocala, Florida 34475. The Plaintiff must file and deliver to the Defendant all opposing affidavits and a responsive brief - if the Plaintiff intends to file a brief - on or before **April 14, 2003.**

**DONE AND ORDERED** in Ocala, Florida on this 1st day of April, 2003.

_____
GARY R. JONES
United States Magistrate Judge

Copies to:
All counsel
*Pro Se* Plaintiff
Donna DeNicola, CRD

[handwritten across page: REFUSED FOR CAUSE]

FILED

2003 APR -1 PM 5:07

CLERK, US DISTRICT COURT
OCALA, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDDIE RAY speaking for his business
AMERICAN RIGHTS LITIGATORS,

   Plaintiff,

v.                                              Case No. 5:02-cv-316-Oc-10GRJ

ROBERT E. LOWDER; and BOB
WENZEL, the agents of International
Monetary Fund Internal Revenue
Service,

   Defendants.
_____

## ORDER

Pending before the Court on an Order of Reference (Doc. 14) are: (1) Lowder's Motion To Quash And To Enjoin Ray From Filing And Recording Further False Pleadings Against Lowder And/Or Colonial Bank, Its Employees, Subsidiaries Or Affiliates And Supporting Memorandum of Law (Doc. 11), and (2) Supplement To Lowder's Motion To Quash And To Enjoin Ray From Filing And Recording Further False Pleadings Against Lowder And/Or Colonial Bank Its Employees, Subsidiaries Or Affiliates. (Doc. 12.) Plaintiff has not filed a response to the motion or the supplement. The Court has reviewed the motion, supplement and the attachments thereto and determines that oral argument is necessary to resolve the issues raised in the above listed motion and supplement. Accordingly, a hearing is set for **April 21, 2003 at 2:00 p.m.** at the United States Courthouse, 207 NW

[Handwritten annotations across page: "RED INK ORIGINAL REFUSED FOR CAUSE & RETURNED TO GARY R. JONES" / "ALL BENEFIT OF DISCUSSION FOR REFUSED CAUSE"]

18

Second Street, Third Floor Courtroom, Ocala, Florida 34475. The Plaintiff must file

and deliver to the Defendant all opposing affidavits and a responsive brief - if the

Plaintiff intends to file a brief - on or before April 14, 2003.

**DONE AND ORDERED** in Ocala, Florida on this 1st day of April, 2003.

GARY R. JONES
United States Magistrate Judge.

Copies to:
    All counsel
    *Pro Se* Plaintiff
    Donna DeNicola, CRD

REFUSED FOR CAUSE