UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

EDDIE RAY,

    Plaintiff,

-vs-                                       Case No. 5:02-cv-316-Oc-10GRJ

ROBERT E. LOWDER, etc., et al.,

    Defendants.

## FINDINGS OF FACTS
## AND ORDER TO SHOW CAUSE

This case is before the Court for consideration of Defendant Robert Lowder's motion (Doc. 24) to adjudicate the Plaintiff, Eddie Ray Kahn, in contempt of this Court's injunctive order (Doc. 22) or, in the alternative, for an order to show cause. The Plaintiff has responded (Doc. 25). Upon due consideration, the Defendant's motion for an order to show cause is due to be granted.

### Background

The Plaintiff, proceeding pro se, brought this action against Defendant Lowder, president of Colonial Bank, requesting an order mandating the return of monies held in two accounts at Colonial Bank in the name of American Rights Litigators (ARL), a purported business trust operated by the Plaintiff. Colonial Bank placed an administrative freeze over ARL's accounts pursuant to an IRS notice of levy. The United States Magistrate Judge

)                                                )

issued a report (Doc. 10), which was adopted by this Court, recommending the dismissal of the action for lack of subject matter jurisdiction and due to the frivolous nature of the Plaintiff's claims. While the report and recommendation was pending before this Court, the Plaintiff filed fraudulent documents in the public records of Lake County, Florida, purporting to notice this Court's entry of default judgment and "writ of error" against the Defendant. The Plaintiff subsequently initiated several frivolous lawsuits in state court based on these fraudulent documents in an attempt to regain control of the frozen accounts. The Defendant moved to quash these documents and enjoin the Plaintiff from further filings. On September 18, 2003, this Court granted the Defendant's motion and enjoined the Plaintiff from "filing any further papers in any federal court related to or concerning Colonial Bank's freezing of American Rights Litigators' accounts pursuant to IRS notice of levy, unless an appropriate judicial officer has first reviewed and approved such papers for filing."[1]

**Finding of Facts and Conclusions of Law**

On February 11, 2004, the Plaintiff filed a "Petition to Quash IRS Notice of Levy" in the Middle District of Florida, Orlando Division, naming Colonial Bank as a defendant.[2] Attached to the petition is a copy of the IRS notice of levy served on Colonial Bank.[3] The petition does not appear to have been reviewed and approved by a judicial officer prior to

---

[1] Doc. 22.

[2] Kahn v. Colt, Case No.: 6:04-cv-174-ORL-19-DAB.

[3] The Court will not attempt to decipher the arguments raised by the Plaintiff in his petition. Suffice it to say that this petition appears to be the latest in a long line of frivolous pleadings by Eddie Kahn.

2

)                                              )

filing. Accordingly, the Court finds by clear and convincing evidence that the Plaintiff is in flagrant violation of this Court's lawful injunctive order for filing a petition in federal court related to or concerning Colonial Bank's freezing of ARL's accounts pursuant to IRS notice of levy without first obtaining review and approval by a judicial officer.[4]

The Plaintiff does not offer to withdraw the petition and seek judicial review and approval in a good faith effort at compliance.[5] Instead, the Plaintiff explains that it was an "inadvertent error" to include Colonial Bank as a defendant and that he has amended the petition to assert only claims against Ken Colt, the IRS agent who signed the notice of levy. This is not sufficient to avoid compliance with the injunctive order. The identity of the defendants is simply not relevant to whether the Plaintiff was required to comply with the terms of the injunction prior to filing suit. The petition relates to or concerns Colonial Bank's freezing of ARL's accounts pursuant to the IRS notice of levy. Therefore, Plaintiff Kahn must obtain judicial review and approval prior to filing such a pleading. The failure to do so is a violation of the injunction.

---

[4] Riccard v. Prudential Ins. Co., 307 F.3d 1277, 1296 (11th Cir. 2002) (stating that the moving party bears the initial burden of proving by clear and convincing evidence that the alleged contemnor has failed to comply with an unambiguous and lawful order of the Court).

[5] Howard Johnson v. Khimani, 892 F.2d 1512, 1516 (11th Cir. 1990); Commodity Futures Trading Comm'n v. Wellington Precious Metals, Inc., 950 F.2d 1525, 1529 (11th Cir. 1992).

)                                              )

## Order to Show Cause

Accordingly, upon due consideration, Plaintiff, Eddie Ray Kahn, is ORDERED TO SHOW CAUSE by written pleading within ten (10) days from the date of this Order why he should not be held in contempt for failing to obtain judicial review and approval of his "Petition to Quash IRS Notice of Levy" filed February 11, 2004 in the Middle District of Florida, Orlando Division. The Defendant, Robert Lowder, shall have ten (10) days after the filing of the Plaintiff's response, if any, to file a reply.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 31st day of March, 2004.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Pro se party

)                                              )

FILE COPY

Date Printed: 03/31/2004

Notice sent to:

   ___  Eddie Ray
        25525 State Road 46, Suite 1
        Mount Plymouth, FL  32776

        5:02-cv-00316    ail

   ___  John Michael Brennan, Esq.
        GrayRobinson, P.A.
        301 E. Pine St., Suite 1400
        P.O. Box 3068
        Orlando, FL  32802-3068

        5:02-cv-00316    ail

   ___  Scott W. Spradley, Esq.
        GrayRobinson, P.A.
        301 E. Pine St., Suite 1400
        P.O. Box 3068
        Orlando, FL  32802-3068

        5:02-cv-00316    ail

   ___  Scott M. Grossman, Esq.
        U.S. Dept. of Justice
        Tax Division
        Ben Franklin Station
        P.O. Box 14198
        Washington, DC  20044

        5:02-cv-00316    ail