
Case 5:02-cv-00316-WTH   Document 27   Filed 06/30/04   Page 1 of 3 PageID 298

FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CLERK, U.S. DISTRICT COURT
OCALA, FLORIDA

EDDIE RAY,

    Plaintiff,

-vs-             Case No. 5:02-cv-316-Oc-10GRJ

ROBERT E. LOWDER, etc., et al.,

    Defendants.

## ORDER OF CONTEMPT

On March 31, 2004, this Court issued an order (Doc. 26) directing the Plaintiff, Eddie Ray Kahn, to show cause why he should not be held in contempt of this Court's injunctive order (Doc. 22) enjoining the Plaintiff from filing "any further papers in any federal court related to or concerning Colonial Bank's freezing of American Rights Litigators' accounts pursuant to IRS notice of levy, unless an appropriate judicial officer has first reviewed and approved such papers for filing." The Court has already found in the Order to Show Cause that the Plaintiff's "Petition to Quash IRS Notice of Levy", Case No.: 6:04-cv-174-ORL-10DAB, filed in the Orlando Division and subsequently transferred to this Court, violates the injunction. The Plaintiff was given ample time to respond and has failed to do so.

Accordingly, upon due consideration, it is adjudged that:

(1) The Defendant's motion to hold Plaintiff in contempt (Doc. 24) is GRANTED;

(2) Plaintiff Eddie Ray[1] is hereby adjudicated in contempt of this Court's lawful injunctive order (Doc. 22); and

(3) Defendant Lowder may file with the Court an affidavit of attorney fees and costs incurred in litigating the motion for contempt and show cause order. After receiving the affidavit, the Court will issue an order directing the Plaintiff to pay Defendant Lowder's attorney fees and costs.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 30th day of June, 2004.

_____
UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Eddie Ray Kahn, *pro se*
             Maurya McSheehy

---

[1] A.k.a. Eddie Ray Kahn, Eddie Ray: Kahn, or Eddie Ray of the Kahn Family.

)                                    )

F I L E   C O P Y

Date Printed: 06/30/2004

Notice sent to:

   ___   Eddie Ray
          32504 Wekiva Pines Blvd.
          Sorrento, FL  32776-9387

          5:02-cv-00316    ail

   ___   John Michael Brennan, Esq.
          GrayRobinson, P.A.
          301 E. Pine St., Suite 1400
          P.O. Box 3068
          Orlando, FL  32802-3068

          5:02-cv-00316    ail

   ___   Scott W. Spradley, Esq.
          GrayRobinson, P.A.
          301 E. Pine St., Suite 1400
          P.O. Box 3068
          Orlando, FL  32802-3068

          5:02-cv-00316    ail

   ___   Scott M. Grossman, Esq.
          Greenberg Traurig, P.A.
          1221 Brickell Ave.
          Miami, FL  33131

          5:02-cv-00316    ail